IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MAGNUM MCALLEN, LLC<br>　　Plaintiff, | §<br>§<br>§<br>§ | |
| V. | § | Civil Action No. _____ |
| | § | |
| AMERICAN ECONOMY INSURANCE<br>COMPANY<br>　　Defendant. | §<br>§<br>§<br>§ | |

### AMERICAN ECONOMY INSURANCE COMPANY'S NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

American Economy Insurance Company ("AEIC") files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and respectfully shows the following:

### *Procedural Background*

1.  On April 9, 2010, Plaintiff filed its Original Petition and Request for Disclosures ("Original Petition") in the matter entitled *Magnum McAllen, LLC v. American Economy Insurance Company*, Cause No. C-1049-10E, in the 275th Judicial District, Hidalgo County, Texas.

### *Nature of the Suit*

2.  This lawsuit involves a dispute over the processing and payment of insurance benefits on claims for four properties made by Plaintiff on its commercial insurance policy issued by AEIC for water damage.

## *Basis for Removal*

3. Removal is proper under 28 U.S.C. §1332 because there is complete diversity of citizenship between the Plaintiff and AEIC and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. There is complete diversity of citizenship between the parties. At the time Plaintiff filed its Original Petition on April 9, 2010, AEIC was an insurance company which was a citizen of the state of Indiana where it is incorporated. Accordingly, at the time of filing of this suit, and through the filing of this Notice, AEIC was and is considered an out-of-state citizen for diversity jurisdiction purposes. Upon information and belief, Plaintiff is a citizen of Texas when it filed its Original Petition, and continues to be a citizen of Texas.

5. Moreover, this Court has diversity jurisdiction over this matter because the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Although the amount in controversy is not specified in Plaintiff's Petition, it is clear that the actual amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. Moreover, in determining the amount in controversy, the court may consider "policy limits ... penalties, statutory damages, and punitive damages." *St. Paul Reinsurance Co., Ltd v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998); *see Ray*, 1999 WL 151667 at *2-3 (finding a sufficient amount in controversy in Plaintiffs' case against their insurance company for breach of contract, fraud, negligence, gross negligence, bad faith, violations of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act, and mental anguish); *Fairmont Travel, Inc. v. George S. May Int'l Co., et. al.*, 75 F. Supp. 2d 666, 668 (S.D. Tex. 1999) (considering DTPA claims and the potential for recovery of punitive damages for the amount in controversy determination); *Chittick v. Farmers Insurance Exchange*, 844 F. Supp.

1153, 1155 (S.D. Tex. 1994) (finding a sufficient amount in controversy after considering the nature of the claims, the types of damages sought and the presumed net worth of the defendant in a claim brought by the insureds against their insurance company for actual and punitive damages arising from a claim they made for roof damages).

7. The general aggregate policy limit under the applicable policy is $2,000,000. *See* Exhibit 1, the policy's declarations page, attached hereto. Plaintiff seeks actual and exemplary damages for its claims of breach of contract for four separate insurance claims, violations of the Texas Insurance Code, and violations of the Texas Deceptive Trade Practices Act. *See Plaintiff's Original Petition.* Further, Plaintiff seeks treble damages under the Deceptive Trade Practices Act and the Insurance Code for Defendants' alleged knowing conduct. *Id.* Thus, given the nature of Plaintiff's claims and the types of damages sought, it is more likely than not that the amount in controversy exceeds the federal jurisdictional minimum of $75,000.00.

### *The Removal is Procedurally Correct*

8. AEIC has not been served with the petition. AEIC first received notice that suit had been filed when Plaintiff's counsel forwarded a copy of the petition on September 27, 2010. Because suit was never properly served AEIC has timely filed this notice of removal as required by 28 U.S.C. §1446(b).

9. Venue is proper in this district under 28 U.S.C. §1446(a) because this district and division embrace the place in which the removed action has been pending and because a substantial part of the events giving rise to the Plaintiff's claims allegedly occurred in this district.

10. Pursuant 28 U.S.C. §1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this notice.

3

11. Pursuant 28 U.S.C. §1446(d), promptly after AEIC files this Notice, written notice of the filing of this Notice for Removal will be given to Plaintiff, the adverse party.

12. Pursuant 28 U.S.C. §1446(d), a true and correct copy of this Notice will be filed with the Clerk of the 275th Judicial District Court of Hidalgo County, Texas, promptly after AEIC files this Notice.

WHEREFORE, AEIC requests that this action be removed from the 275th Judicial District Court of Hidalgo County, Texas to the United States District Court for Southern District of Texas, McAllen Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

LINDOW STEPHENS TREAT LLP
600 Navarro, 6th Floor
San Antonio, Texas 78205
Telephone: (210) 227-2200
Telecopier: (210) 227-4602


_____
DAVID R. STEPHENS
State Bar No. 19146100
Southern District Bar No. 21360

ATTORNEYS FOR DEFENDANT
AMERICAN ECONOMY INSURANCE
COMPANY


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal was filed electronically with the United States District Court for the Southern District of Texas, McAllen Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent and a copy mailed *via certified mail* on this 29 day of **September 2010**, addressed to those who do not receive notice from the Clerk of the Court.

Vicente Gonzalez
V. GONZALEZ & ASSOCIATES, P.C.
1548 Dove Avenue
McAllen, Texas 78504


_____
DAVID R. STEPHENS

# EXHIBIT 1

Case 7:10-cv-00399   Document 1   Filed in TXSD on 09/29/10   Page 6 of 12

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

AMERICAN ECONOMY INSURANCE COMPANY
SEATTLE, WASHINGTON

COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                         PAGE CP    1

NAMED INSURED:  MAGNUM MCALLEN, LLC                POLICY NUMBER:  25-CC-152395-2

             MAXIMUM LIMIT OF INSURANCE:  $   12,546,000**

** THIS MAXIMUM LIMIT MAY INCLUDE CERTAIN "ON-PREMISES INLAND MARINE" COVERAGE(S).
   IF FORM CP7547--ACTUAL LOSS SUSTAINED BUSINESS INCOME COVERAGE IS INCLUDED, IT
   IS AN ADDITIONAL AMOUNT OF INSURANCE AND NOT INCLUDED IN THE MAXIMUM LIMIT.
   REFER TO THE PEAK EXTRA LIMITS SUMMARY FORM(S) FOR A COMPLETE DEFINITION OF
   "MAXIMUM LIMIT".

                          *******************

PREMISES   1   2651 CORNERSTONE BLVD
               EDINBURG, TX 78539

BUILDING   1   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:    CLUBS - TENNIS OR RACQUET CLUB

---

| APPLICABLE TO THIS BUILDING | LIMIT OF INSURANCE | DEDUCTIBLE | RATE | PREMIUM |
|---|---|---|---|---|
| BUILDING | INCLUDED IN MAXIMUM LMT | $ 2,500 | | |
|   SPECIAL CAUSES OF LOSS | | | $ .442 | $ 17,026.00 |
|   CERTIFIED ACTS OF TERRORISM | | | .002 | 77.00 |
|   REPLACEMENT COST | | | | |
| BUSINESS INCOME RENTAL VALUE ONLY | INCLUDED IN MAXIMUM LMT | 2,500 | | |
|   SPECIAL CAUSES OF LOSS | | | .290 | 1,177.00 |
|   CERTIFIED ACTS OF TERRORISM | | | .001 | 4.00 |

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES    1  $    510.00
   DIRECT DAMAGE DEDUCTIBLE                               $  2,500
   INDIRECT DAMAGE DEDUCTIBLE                             24 HOURS


OTHER INTERESTS SUBJECT TO PROVISIONS OF CLAUSE(S) DESIGNATED BELOW:

MORTGAGE        INTER NATIONAL BANK
HOLDER          1801 S 2ND ST
CLAUSE:         MCALLEN, TX 78503
                40351


9-CC(CP)(0207)     CENTRAL            (KENHA)        PREPARED  04-03-08 CMD40 SEQ.0001

AFP-META2-03-PRINT001-2556-0023-H

COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                    PAGE CP   2

NAMED INSURED:  MAGNUM MCALLEN, LLC                POLICY NUMBER:  25-CC-152395-2

```
PREMISES   2   5423 S MCCOLL ROAD
               MCALLEN, TX 78539

BUILDING   1   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:       CLUBS - TENNIS OR RACQUET CLUB
-------------------------------------------------------------------------------
APPLICABLE TO THIS BUILDING          LIMIT OF    DEDUCTIBLE    RATE      PREMIUM
                                     INSURANCE
-------------------------------------------------------------------------------
BUILDING                             INCLUDED IN  $ 2,500
                                     MAXIMUM LMT
    SPECIAL CAUSES OF LOSS                                  $  .206 $   3,034.00
    CERTIFIED ACTS OF TERRORISM                                .002        29.00
    REPLACEMENT COST

BUSINESS INCOME RENTAL VALUE ONLY    INCLUDED IN    2,500
                                     MAXIMUM LMT
    SPECIAL CAUSES OF LOSS                                     .142       216.00
    CERTIFIED ACTS OF TERRORISM                                .001         2.00

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   2 $   258.00
    DIRECT DAMAGE DEDUCTIBLE                         $ 2,500
    INDIRECT DAMAGE DEDUCTIBLE                       24 HOURS


OTHER INTERESTS SUBJECT TO PROVISIONS OF CLAUSE(S) DESIGNATED BELOW:

MORTGAGE      INTER NATIONAL BANK
HOLDER        1801 S 2ND ST
CLAUSE:       MCALLEN, TX 40351
              40351
```

COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                          PAGE CP   3

NAMED INSURED: MAGNUM MCALLEN, LLC                    POLICY NUMBER: 25-CC-152395-2


PREMISES   3   1201 E RIDGE RD
               MCALLEN, TX 78503

BUILDING   1   AMERICAN ECONOMY INSURANCE COMPANY
               OCCUPANCY:    CLUBS - TENNIS OR RACQUET CLUB

```
------------------------------------------------------------------------------
APPLICABLE TO THIS BUILDING           LIMIT OF      DEDUCTIBLE    RATE      PREMIUM
                                      INSURANCE
------------------------------------------------------------------------------
BUILDING                              INCLUDED IN   $ 2,500
                                      MAXIMUM LMT
    SPECIAL CAUSES OF LOSS                                     $  .546  $ 16,084.00
    CERTIFIED ACTS OF TERRORISM                                   .002        59.00
    REPLACEMENT COST

BUSINESS INCOME RENTAL VALUE ONLY     INCLUDED IN     2,500
                                      MAXIMUM LMT
    SPECIAL CAUSES OF LOSS                                        .357     1,086.00
    CERTIFIED ACTS OF TERRORISM                                   .001         3.00

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES   3  $    412.00
    DIRECT DAMAGE DEDUCTIBLE                        $ 2,500
    INDIRECT DAMAGE DEDUCTIBLE                      24 HOURS
```

OTHER INTERESTS SUBJECT TO PROVISIONS OF CLAUSE(S) DESIGNATED BELOW:

MORTGAGE       INTER NATIONAL BANK
HOLDER         1801 S 2ND ST
CLAUSE:        MCALLEN, TX 40351
               40351

```
COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS                      PAGE CP   4


NAMED INSURED:  MAGNUM MCALLEN, LLC             POLICY NUMBER:  25-CC-152395-2



PREMISES    4   1718 E GRIFFIN PKWY
                MISSION, TX 78572

BUILDING    1   AMERICAN ECONOMY INSURANCE COMPANY
                OCCUPANCY:     CLUBS - TENNIS OR RACQUET CLUB
-----------------------------------------------------------------------------
APPLICABLE TO THIS BUILDING          LIMIT OF     DEDUCTIBLE      RATE       PREMIUM
                                     INSURANCE
-----------------------------------------------------------------------------
BUILDING                             INCLUDED IN  $  2,500
                                     MAXIMUM LMT
   SPECIAL CAUSES OF LOSS                                    $   .530 $  16,213.00
   CERTIFIED ACTS OF TERRORISM                                   .002        61.00
   REPLACEMENT COST

BUSINESS INCOME RENTAL VALUE ONLY    INCLUDED IN     2,500
                                     MAXIMUM LMT
   SPECIAL CAUSES OF LOSS                                        .347     1,089.00
   CERTIFIED ACTS OF TERRORISM                                   .001         3.00

EQUIPMENT BREAKDOWN COVERAGE INCLUDED AT ALL BUILDINGS AT PREMISES  4 $    412.00
   DIRECT DAMAGE DEDUCTIBLE                       $  2,500
   INDIRECT DAMAGE DEDUCTIBLE                     24 HOURS


OTHER INTERESTS SUBJECT TO PROVISIONS OF CLAUSE(S) DESIGNATED BELOW:

MORTGAGE      INTER NATIONAL BANK
HOLDER        1801 S 2ND ST
CLAUSE:       MCALLEN, TX 78503
              40351

                        * * * * * * * * * * * * * * * * * * *


                                                                 -------------
COMMERCIAL PROPERTY TOTAL                                        $   57,755.00

A PREMIUM OF $   238.00 IS INCLUDED IN THE TOTAL ABOVE FOR CERTIFIED ACTS OF
TERRORISM.
```

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

```
                    FIRST NATIONAL INSURANCE CO. OF AMERICA
                                SEATTLE, WASHINGTON



        COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS          PAGE CG   1


        NAMED INSURED:  MAGNUM MCALLEN, LLC                  POLICY NUMBER:  25-CC-152395-2
        FORM OF BUSINESS:  ORGANIZATION OTHER THAN A PARTNERSHIP OR JOINT VENTURE


        ------------------------------------------------------------------------------------
                             L I M I T S   O F   I N S U R A N C E
        ------------------------------------------------------------------------------------
        COMMERCIAL GENERAL LIABILITY
           GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS)   $2,000,000
           PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT                        $2,000,000
           PERSONAL AND ADVERTISING INJURY LIMIT                                $1,000,000
           EACH OCCURRENCE LIMIT                                                $1,000,000
           DAMAGE TO PREMISES RENTED TO YOU (ANY ONE PREMISES)                  $1,000,000
           MEDICAL EXPENSE LIMIT (ANY ONE PERSON)                               $   10,000

        EMPLOYMENT PRACTICES LIABILITY
           AGGREGATE LIMIT                                                      $   10,000
           EACH CLAIM LIMIT                                                     $   10,000

        ------------------------------------------------------------------------------------
        RETROACTIVE DATE OF   03-29-07 APPLIES TO SECTION I OF THE EMPLOYMENT PRACTICES
        LIABILITY FORM.  THIS INSURANCE DOES NOT APPLY TO ANY 'EMPLOYMENT PRACTICES'
        WHICH OCCURRED BEFORE THE RETROACTIVE DATE.

        ------------------------------------------------------------------------------------
        ------------------------------------------------------------------------------------
        CODE   CLASSIFICATION-PREMIUM BASIS            EXPOSURE      RATE       PREMIUM
        ------------------------------------------------------------------------------------

        COMMERCIAL GENERAL LIABILITY OTHER THAN PRODUCTS-COMPLETED OPERATIONS


        PREMISES   1

        61217  BUILDINGS OR PREMISES - BANK OR OFFICE -
               MERCANTILE OR MANUFACTURING (LESSOR'S
               RISK ONLY) - MAINTAINED BY THE INSURED -
               OTHER THAN NOT-FOR-PROFIT
               INCLUDING PRODUCTS & COMPLETED OPERATIONS
                 AREA (PER 1000 SQUARE FEET)            27,800    51.7470  $   1,439.00


        PREMISES   2

        61217  BUILDINGS OR PREMISES - BANK OR OFFICE -
               MERCANTILE OR MANUFACTURING (LESSOR'S
               RISK ONLY) - MAINTAINED BY THE INSURED -
               OTHER THAN NOT-FOR-PROFIT
               INCLUDING PRODUCTS & COMPLETED OPERATIONS
                 AREA (PER 1000 SQUARE FEET)            12,000    51.7470        621.00


        PREMISES   3

        61217  BUILDINGS OR PREMISES - BANK OR OFFICE -
               MERCANTILE OR MANUFACTURING (LESSOR'S
               RISK ONLY) - MAINTAINED BY THE INSURED -
               OTHER THAN NOT-FOR-PROFIT
               INCLUDING PRODUCTS & COMPLETED OPERATIONS
                 AREA (PER 1000 SQUARE FEET)            23,258    51.7470      1,204.00



        9-CC(GL)(0207)CENTRAL            (KENHA)       PREPARED  04-03-08 CMD40 SEQ.0001
```

**** REPRINTED FROM THE ARCHIVE. THE ORIGINAL TRANSACTION MAY INCLUDE ADDITIONAL FORMS ****

```
COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS            PAGE CG    2


NAMED INSURED:  MAGNUM MCALLEN, LLC                 POLICY NUMBER:  25-CC-152395-2


------------------------------------------------------------------------------------
CODE    CLASSIFICATION-PREMIUM BASIS              EXPOSURE      RATE       PREMIUM
------------------------------------------------------------------------------------
PREMISES    4

61217   BUILDINGS OR PREMISES - BANK OR OFFICE -
        MERCANTILE OR MANUFACTURING (LESSOR'S
        RISK ONLY) - MAINTAINED BY THE INSURED -
        OTHER THAN NOT-FOR-PROFIT
        INCLUDING PRODUCTS & COMPLETED OPERATIONS
            AREA (PER 1000 SQUARE FEET)             24,000     51.7470     1,242.00

EMPLOYMENT PRACTICES LIABILITY

PREMISES    NA

00234   EMPLOYMENT PRACTICES LIABILITY
            (PER UNIT)                                                $       38.00

                       *******************

PREMIUM ADJUSTMENTS:
    CERTIFIED ACTS OF TERRORISM                                       $       41.00
                                                                      ---------------
COMMERCIAL GENERAL LIABILITY TOTAL                                    $    4,585.00




9-CC(GL)(0207)CENTRAL              (KENHA)           PREPARED    04-03-08 CMD40 SEQ.0001
```

AFP-META2-03-PRINT001-2556-0028-H